UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Civil Action No. 17-43-HRW

ROBERT J. SPENCER,                                                  PETITIONER,

v.                                            <u>ORDER</u>

AARON SMITH, WARDEN,                                     RESPONDENT.

This is matter is before the Court upon Ruben Rios Salinas' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to Magistrate Judge Hanly A. Ingram for preliminary review. Magistrate Judge Ingram recommends that this matter be dismissed. Petitioner has not filed objections to the Report and Recommendation, and the time for doing so has passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion. Accordingly, **IT IS HEREBY ORDERED**:

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 11] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) that no Certificate of Appealability be issued; and

(2) that in conformity therewith, this matter be **DISMISSED** and **STRICKEN** from the docket of this Court

This 31st day of May, 2017.



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge